AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| DEMARCO DODSON<br>individually and on behalf of all<br>others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>RIDE ON TECHNOLOGIES LLC<br>D/B/A LLAMA LOANS<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   1:25-cv-22555-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RIDE ON TECHNOLOGIES LLC
D/B/A LLAMA LOAN
c/o: VCORP AGENT SERVICES, INC.
108 W. 13TH STREET, SUITE 100
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Faaris K. Uddin, Esq.
Zane C. Hedaya, Esq.
Gerald D. Lane, Esq.
110 SE 6th Street, Ste 1744
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____  Jun 5, 2025



**SUMMONS**

*s/ B. Chin*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court